FILED

DEC 27 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: SUBPONEAS ISSUED TO | § | |
| LABATT FOOD SERVICE, LLC | § | |
| AND BLAIR LABATT | § | CIVIL ACTION NO. **SA21MC1242** |

### AMENDED MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR OBJECTS, AND TO PERMIT INSPECTION, COPYING, TESTING, OR SAMPLING OF THE MATERIAL AND OBJECTIONS

LABATT FOOD, LLC ("MOVANTS") file this Amended Motion to Quash Subpoena to Produce Documents, Electronically Stored Information, or Objects, and to Permit Inspection, Copying, Testing, or Sampling of the Material, and in support thereof would respectfully show unto the Court the following:

### I.

### INTRODUCTION

1.    The underlying suit in this matter is a complaint requesting a class action lawsuit to cease the unlawful conduct of conspiracy, in violation of Section 1 of the Sherman Act, by requesting treble damages and injunctive relief. Plaintiffs, OLEAN WHOLESALE GROCERY COOPEPRATIVE, INC. and JOHN GROSS AND COMPANY, INC., claim that defendants, AGRI STATS, INC., BUTTERBALL LLC, CARGILL, INC., CARGILL MEAT SOLUTIONS CORPORATION, COOPER FARMS, INC., FARBEST FOODS, INC., FOSTER FARMS, LLC, FOSTER POULTRY FARMS, THE HILLSHIRE BRANDS COMPANY, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, HOUSE OF RAEFORD FARMS, INC., KRAFT HEINZ FOODS COMPANY, KRAFT FOODS GROUP BRANDS LLC, PERDUE FARMS, INC., PERDUE FOODS LLC, TYSON FOODS, INC., TYSON FRESH MEATS, INC. AND TYSON PREPARED FOODS, INC., entered into an agreement to exchange sensitive information

regarding production and sales of Turkey. The data service provider, defendant AGRE STATS, INC., prepared reports exclusively for all defendants who control 80% of the wholesale market in the United States. The petition alleges that defendants then used this information to identify areas with potential opportunities where their prices for turkey products were significantly lower than their competitors. The Supreme Court has recognized that this level of data exchange is likely to have anticompetitive effects.

2.      On November 16, 2021, MOVANTS were served with a Subpoena "to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" and were commanded to produce them to Cuneo Gilbert & LaDuca, LLP, 4725 Wisconsin Ave., NW, Suite 200, Washington, D.C. 20016. *See attached Exhibit 2, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action.*

3.      The issued Subpoena seeks production of a broad category of records attached to the subpoena as "Attachment A". See *Exhibit 2, "Attachment A," to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action.*

4.      The subpoena should be quashed because it (1) fails to allow a reasonable time to comply, (2) requires compliance beyond the geographical limits specified in Rule 45(c) of the Federal Rules of Civil Procedure, (3) requests information involving trade secrets and other confidential research, development, or commercial information, and (4) subjects Labatt to undue burden.

II

**APPLICABLE LAW**

5.      A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction… on a party who fails to comply. Fed. R. Civ. P. 45(d)(1).

2

6.      A subpoena may command the production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person. Fed. R. Civ. P. 45(c)(2)(A).

7.      On a timely motion, the court for the district where compliance is required must quash or modify a subpoena that; (i) fails to allow a reasonable time to comply, (ii) requires a person to comply beyond the geographical limits specified in rule (c), (iii) requires disclosure of privileged or other protected matter...; or (iv) subjects a person to undue burden. Fed. R. Civ. P. 45(d)(3)(A).

8.      To protect a person subject to or affected by a subpoena, the court of the district where compliance is required may, on motion, quash or modify the subpoena if it requires: (i) disclosing a trade secret or other confidential research, development, or commercial information. Fed. R. Civ. Pr. 45(d)

**III**

**ARGUMENT**

9.      Movants object to scope of the subpoena on the basis that the documents sought are overly broad in subject matter and temporal scope and impose an undue burden considering the undue hardships and work necessary to respond to each request and the cost for production on the manner requested.

10.     On its face, the request for documents sought dates back 16 years to 2005 demanding 37 different areas of Turkey transactional data from manufacturer product codes to any data fields relating to product types and product categories. *See Exhibit 2.* The magnitude of the request would require over 31,000 personnel hours to identify and retrieve. Labatt would have to pay numerous people full time for approximately 5 weeks or more to complete such a task. *See Affidavit of Breann Field attached as Exhibit 1, and Exhibit 2, "Attachment A," to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action.* The request, therefore,

3

is an undue burden as the cost of retrieving the magnitude of information would be enormous and thereby overly onerous.

11.     Movants object to the subpoena on the basis that the information sought is NOT requested to be produced at a place within 100 miles of where movants regularly transact business as required by Fed. R. Civ. P. 45(c)(2)(A). Labatt is a San Antonio, Texas based entity and this request demands production in Washington D.C. *See Exhibit 1 and Exhibit 2, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action.*

12.     Even if the scope of the subpoena was manageable, and the responsive documents were not privileged, the timing of the subpoena and the short time frame for response make compliance impossible. The requested information is commanded, by the attached subpoena, to be produced by December 3, 2021 at 12:00 pm. *See Exhibit 2.* As indicated by the attached declaration this is not nearly enough time for compliance.

13.     Movants object to the subpoena on the basis that the requested information involves trade secrets and other confidential research, development, or commercial information that could potentially be produced to Labatt's direct competitors. *See Exhibit 1.* This information should be protected and not unnecessarily produced to the detriment of movants. Once produced this information would be available to the public domain and thereby movants direct competitors as well as Commercial and Institutional Indirect Purchaser Plaintiffs who are also competitors of movants.

14.     Therefore, since the subpoena (1) fails to allow a reasonable time to comply, (2) requires a compliance beyond the geographical limits specified, (3) requests information involving trade secrets and other confidential research, development, or commercial information, and (4) subjects Labatt to undue burden. For these reasons, Labatt requests the court to protect its interest and quash the subpoena.

4

IV

**PRAYER**

15.     WHEREFORE, PREMISES CONSIDERED, MOVANTS pray the Court Quash the

Subpoena issued to Labatt Food Service, LLC, and for all other just relief.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Ph:  (210) 349-0515
Fx:  (210) 349-3666
rvaladez@shelton-valadez.com

By: _____

ROBERT A. VALADEZ
State Bar No.  20421845

5

## AMENDED CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded in accordance with the Texas Rules of Civil Procedure on the 22nd day of December 2021 to:

**Anthony Carter**
**Scott Lundering**
Tostrud Law Group, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 278-2600
Pro Hac Vice (fax)
scott.lundering@gmail.com
 *Assigned: 10/26/2021*
 *PRO HAC VICE*
 *Service List*

**Claire Molle' Maddox**
Dentons US LLP
1900 K Street, Nw
Washington, DC 20006
(202) 496-7308
Pro Hac Vice (fax)
claire.maddox@dentons.com
 *Assigned: 01/14/2020*
 *TERMINATED: 01/19/2021*
 *PRO HAC VICE*
 *Service List*

**Jon Anders Tostrud**
Tostrud Law Group, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 278-2600
Pro Hac Vice (fax)
jtostrud@tostrudlaw.com
 *Assigned: 10/26/2021*

*PRO HAC VICE*
*Service List*

**Joel Everett Sechler**
Carpenter Lipps & Leland Llp
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
Pro Hac Vice (fax)
sechler@carpenterlipps.com
 *Assigned: 01/14/2020*
 *PRO HAC VICE*
 *Service List*

**Katherine B. Riley**
Barrett Law Group, P.A.
404 Court Square North
Lexington, MS 39095
(662) 582-4031
Pro Hac Vice (fax)
kbriley@barrettlawgroup.com
 *Assigned: 10/26/2021*
 *PRO HAC VICE*
 *Service List*

**Shawn M Raiter**
Larson & King, LLP
30 East 7th Street
Suite 2800
St. Paul, MN 55101
(651) 312-6500
Pro Hac Vice (fax)
 *Assigned: 10/26/2021*
 *Service List*

**RICHARD L. O'MEARA**
MURRAY PLUMB & MURRAY
75 PEARL STREET
P.O. BOX 9785
PORTLAND, ME 04104-5085
773-5651

Not a member (fax)
romeara@mpmlaw.com
  *Assigned: 10/26/2021*
**Service List**

**Shannon M. McNulty**
Clifford Law Offices
120 N. LaSalle Street
Suite 3600
Chicago, IL 60602
312-899-9090
Not a member (fax)
SMM@cliffordlaw.com
  *Assigned: 10/26/2021*
  **Service List**

**Yifei Li**
Cuneo, Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW
Suite 200
Washington D.C., DC 20016
(202) 789-3960
Pro Hac Vice (fax)
evelyn@cuneolaw.com
  *Assigned: 10/26/2021*
  *PRO HAC VICE*
  **Service List**

**Jason Thomas Johnson**
Larson King, LLP
30 E 7th Street, Suite 2800
St. Paul, MN 55101
(651) 312-6500
Pro Hac Vice (fax)
jjohnson@larsonking.com
  *Assigned: 10/26/2021*
  *PRO HAC VICE*
  **Service List**

**Alec Blaine Finley, Jr.**
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW Suite 200
Washington, DC 20016
(281) 723-7904
Pro Hac Vice (fax)
bfinley@cuneolaw.com
  *Assigned: 10/26/2021*
  *PRO HAC VICE*
  *Service List*


**TIMOTHY J. BRYANT**
PRETI, FLAHERTY
ONE CITY CENTER
P.O. BOX 9546
PORTLAND, ME 04112-9546
207-791-3000
Not a member (fax)
tbryant@preti.com
  *Assigned: 10/26/2021*
  *Service List*

**Jonathan W. Cuneo**
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
202-789-3960
Pro Hac Vice (fax)
jonc@cuneolaw.com
  *Assigned: 10/26/2021*
  *PRO HAC VICE*
  *Service List*

**Anthony Carter**
Tostrud Law Group, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 278-2600
MDL (fax)

9

acarter@tostrudlaw.com
 *Assigned: 10/26/2021*
**Service List**

**Jarod G. Taylor**
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
Pro Hac Vice (fax)
jtaylor@axinn.com
 *Assigned: 02/11/2021*
 *PRO HAC VICE*
 ***The Hillshire Brands Company***

**William Stallings**
Mayer Brown LLP
1999 K St NW
Washington, DC 20006
(202) 263-3000
Pro Hac Vice (fax)
WStallings@mayerbrown.com
 *Assigned: 01/07/2020*
 *PRO HAC VICE*
 ***The Hillshire Brands Company***

**Tiffany Rider Rohrbaugh**
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5402
Pro Hac Vice (fax)
trider@axinn.com
 *Assigned: 01/21/2020*
 *PRO HAC VICE*
 ***The Hillshire Brands Company***

10

**Sahrish Moyeed**
Lipe Lyons Murphy Nahrstadt & Pontikis
230 W. Monroe Street
Suite 2260
Chicago, IL 60606
(312) 448-7255
Not a member (fax)
sm@lipelyons.com
  *Assigned: 01/17/2020*
  *The Hillshire Brands Company*

**Brandon Tyler Boxbaum**
Axinn Veltrop & Harkrider
1901 L Street NW
Washington, DC 20036
(202) 912-4700
Pro Hac Vice (fax)
bboxbaum@axinn.com
  *Assigned: 03/08/2021*
  *PRO HAC VICE*
  *The Hillshire Brands Company*

**Lindsey Strang Aberg**
Axinn Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) 469-3550
Pro Hac Vice (fax)
lstrang@axinn.com
  *Assigned: 01/21/2020*
*PRO HAC VICE*
*The Hillshire Brands Company*

**Rachel Johanna Adcox**
Axinn
1901 L Street NW
Washington, DC 20036
(202) 721-5406
Not a member (fax)
radcox@axinn.com
  *Assigned: 01/21/2020*
  *The Hillshire Brands Company*

**Kenina J Lee**
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) -0721
Pro Hac Vice (fax)
klee@axinn.com
 *Assigned: 08/12/2021*
 *PRO HAC VICE*
*Tyson Foods, Inc.*

**Lindsey Strang Aberg**
Axinn Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) 469-3550
Pro Hac Vice (fax)
lstrang@axinn.com
 *Assigned: 01/21/2020*
*PRO HAC VICE*
*Tyson Foods, Inc.*

**Rachel Johanna Adcox**
Axinn
1901 L Street NW
Washington, DC 20036
(202) 721-5406
Not a member (fax)
radcox@axinn.com
 *Assigned: 01/21/2020*
*Tyson Foods, Inc.*

**Patrick John Ahern**
Ahern and Associates, P.C.
8 S. Michigan Ave
Suite 3600
Chicago, IL 60603
(312) 404-3760
Delinquent (fax)
patrick.ahern@ahernandassociatespc.com
 *Assigned: 09/17/2021*
 *LEAD Tyson Foods, Inc.*

12

**Theodore Beloyeannis Bell**
Ahern & Associates P.C.
8 South Michigan Ave., Ste. 3600
Chicago, IL 60603
7735803318
Not a member (fax)
theo.bell@ahernandassociatespc.com
 *Assigned: 09/17/2021*
***Bi-Lo Holding, LLC***

**Abigail R Wolf**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
(510) 725-3000
Pro Hac Vice (fax)
abbyw@hbsslaw.com
 *Assigned: 10/29/2021*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *John Gross and Company, Inc.*

**Shana Scarlett**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue #202
Berkeley, CA 94710
(510) 725-3032
Pro Hac Vice (fax)
shanas@hbsslaw.com
 *Assigned: 12/24/2019*
 *PRO HAC VICE*
 *John Gross and Company, Inc.*

**Bobby Pouya**
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Pro Hac Vice (fax)
bpouya@pswlaw.com
 *Assigned: 12/27/2019*

13

*PRO HAC VICE*
*John Gross and Company, Inc.*

**Rio Shaye Pierce**
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
Pro Hac Vice (fax)
riop@hbsslaw.com
 *Assigned: 12/24/2019*
 *PRO HAC VICE*
 *John Gross and Company, Inc.*

**Michael H. Pearson**
Pearson, Simon & Warshaw LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Pro Hac Vice (fax)
mpearson@pswlaw.com
 *Assigned: 12/27/2019*
 *PRO HAC VICE*
 *John Gross and Company, Inc.*

**Clifford Harris Pearson**
Pearson, Simon & Warshaw LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Pro Hac Vice (fax)
cpearson@pswlaw.com
 *Assigned: 12/27/2019*
 *PRO HAC VICE*
 *John Gross and Company, Inc.*


**Simeon Andrew Morbey**
Lockridge Grindal Nauen Pllp
100 Washington Ave S., #2200
Minneapolis, MN 55401

14

(612) 339-6900
Not a member (fax)
samorbey@locklaw.com
  *Assigned: 01/27/2020*
  *John Gross and Company, Inc.*

**Justin Richard Erickson**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Not a member (fax)
jrerickson@locklaw.com
  *Assigned: 12/11/2020*
  *TERMINATED: 02/08/2021*
  *John Gross and Company, Inc.*

**Brian David Clark**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Avenue South
#2200
Minneapolis, MN 55401
(612) 339-6900
Not a member (fax)
bdclark@locklaw.com
  *Assigned: 12/20/2019*
  *LEAD ATTORNEY*
  *John Gross and Company, Inc.*

**Leona Bridget Ajavon**
Lockridge Grindal Nauen, Pllp
100 Washington Ave S
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Not a member (fax)
lbajavon@locklaw.com
  *Assigned: 03/24/2021*
  *John Gross and Company, Inc.*

**Maureen Kane Berg**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401
(612) 596-4037
Active (fax)
mkberg@locklaw.com
  *Assigned: 12/20/2019*
  *John Gross and Company, Inc.*

**James Douglas Baldridge**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4703
Not a member (fax)
jbaldridge@venable.com
  *Assigned: 01/10/2020*
  *LEAD ATTORNEY*
  ***Perdue Farms, Inc.***

**Michael K Sciaccotta**
Dentons US LLP
233 S Wacker Drive
Suite 5900
Chicago, IL 60606
312-876-8000
Not a member (fax)
michael.sciaccotta@dentons.com
  *Assigned: 01/13/2020*
  ***Farbest Foods, Inc.***

**Leslie A. Barry**
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
Pro Hac Vice (fax)
leslie.barry@dentons.com
  *Assigned: 01/13/2020*

*PRO HAC VICE*
***Farbest Foods, Inc.***

**Gaspare Joseph Bono**
Washington, DC
1900 K Street, NW
Washington, DC 20006
(202) 496-7211
Pro Hac Vice (fax)
gap.bono@dentons.com
  *Assigned: 01/14/2020*
  *PRO HAC VICE*
  ***Farbest Foods, Inc.***


**Jill Rogers Spiker**
Carpenter, Lipps, & Leland, LLP
280 North High Street.
280 Plaza, Suite 1300
Columbus, OH 43215
(614) 365-4106
Pro Hac Vice (fax)
spiker@carpenterlipps.com
  *Assigned: 01/14/2020*
  *PRO HAC VICE*
  ***Cooper Farms***

**Theodore M Munsell**
Carpenter Lipps & Leland LLP
280 Plaza, 280 North High Street
Suite 1300
Columbus, OH 43215
(614) 365-4100
Pro Hac Vice (fax)
munsell@carpenterlipps.com
  *Assigned: 01/16/2020*
  *PRO HAC VICE*
  ***Cooper Farms***

**Michael L. McCluggage**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
Active (fax)
mmccluggage@eimerstahl.com
  *Assigned: 01/14/2020*
  ***Cooper Farms***

**Joshua Goldberg**
Carpenter Lipps & Leland LLP
180 N. LaSalle Street
Suite 2105
Chicago, IL 60601
312-777-4825
Active (fax)
goldberg@carpenterlipps.com
  *Assigned: 01/13/2020*
  ***Cooper Farms***

**Daniel D Birk**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
Not a member (fax)

18

dbirk@eimerstahl.com
  *Assigned: 01/14/2020*
  **Cooper Farms**

**David John Barthel**
Carpenter Lipps & Leland LLP
280 Plaza
280 North High Street, Suite 1300
Columbus, OH 43215
(614) 365-4100
Pro Hac Vice (fax)
barthel@carpenterlipps.com
  *Assigned: 01/15/2020*
  *PRO HAC VICE*
  **Cooper Farms**


**Jennifer A. L. Battle**
Carpenter, Lipps, & Leland, LLP
280 North High Street
280 Plaza Ste 1300
Columbus, OH 43215
(614) 365-4119
Pro Hac Vice (fax)
battle@carpenterlipps.com
  *Assigned: 01/14/2020*
  *PRO HAC VICE*
  **Cooper Farms**

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612)339-6900
Pro Hac Vice (fax)
wjbruckner@locklaw.com
  *Assigned: 12/20/2019*
  *LEAD ATTORNEY*
  ***Olean Wholesale Grocery Cooperative***
**Maureen Kane Berg**
Lockridge Grindal Nauen P.L.L.P.

100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401
(612) 596-4037
Active (fax)
mkberg@locklaw.com
*Assigned: 12/20/2019*
***Olean Wholesale Grocery Cooperative***

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave.
Suite 2000
Seattle, WA 98101
(206) 623-7292
Active (fax)
steve@hbsslaw.com
*Assigned: 12/19/2019*
***Olean Wholesale Grocery Cooperative***

**Liam Edward Phibbs**
Hogan Lovells US LLP
555 Thirteenth StreetNW
Washington, DC 20004
(202) 637-6575
Pro Hac Vice (fax)
liam.phibbs@hoganlovells.com
*Assigned: 10/26/2020*
*PRO HAC VICE*
***Agri Stats, Inc.***

**William L Monts, III**
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600
Not a member (fax)
william.monts@hoganlovells.com
*Assigned: 01/24/2020*
*PRO HAC VICE*
***Agri Stats, Inc.***

**John William Lomas, Jr**
Dentons US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7183
Pro Hac Vice (fax)
john.lomas@dentons.com
 *Assigned: 01/14/2020*
 *TERMINATED: 04/30/2020*
 *PRO HAC VICE*
***Agri Stats, Inc.***

**Jacob D Koering**
Miller, Canfield, Paddock and Stone, P.L.C.
227 W. Monroe, Suite 3600
Chicago, IL 60606
(312) 460-4272
Not a member (fax)
koering@millercanfield.com
 *Assigned: 01/22/2020*
***Agri Stats, Inc.***

**Justin Wade Bernick**
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5485
Pro Hac Vice (fax)
justin.bernick@hoganlovells.com
 *Assigned: 01/24/2020*
 *PRO HAC VICE*
***Agri Stats, Inc.***

**Christopher Allen Kreuder**
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Pro Hac Vice (fax)
christopher.kreuder@faegredrinker.com

*Assigned: 01/10/2020*
*PRO HAC VICE*
**Hormel Foods Corporation**

**Colby Anne Kingsbury**
Faegre Drinker Biddle & Reath LLP
311 S. Wacker Dr.
#4400
Chicago, IL 60606
(312)212-6573
Active (fax)
colby.kingsbury@faegredrinker.com
*Assigned: 01/06/2020*
**Hormel Foods Corporation**

**Henry W. Jones, Junio**
Jordan Price
1951 Clark Avenue
Raleigh, NC 27605
(919) 828-2501
Pro Hac Vice (fax)
HJones@jordanprice.com
*Assigned: 01/28/2020*
*PRO HAC VICE*
**Hormel Foods Corporation**

**Isaac Baxter Hall**
Faegre Drinker Biddle & Reath LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Pro Hac Vice (fax)
isaac.hall@faegredrinker.com
*Assigned: 01/10/2020*
*PRO HAC VICE*
**Hormel Foods Corporation**

**Richard Alan Duncan**
Faegre Drinker Biddle & Reath LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402

(612) 766-7000
Pro Hac Vice (fax)
richard.duncan@faegredrinker.com
  *Assigned: 01/10/2020*
  *PRO HAC VICE*
**Hormel Foods Corporation**

**Craig Stuart Coleman**
Faegre Drinker Biddle & Reath LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Pro Hac Vice (fax)
craig.coleman@faegredrinker.com
  *Assigned: 01/10/2020*
  *PRO HAC VICE*
**Hormel Foods Corporation**

**Emily Elizabeth Chow**
Faegre Drinker Biddle & Reath LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Pro Hac Vice (fax)
emily.chow@faegredrinker.com
  *Assigned: 01/10/2020*
  *PRO HAC VICE*
**Hormel Foods Corporation**

**Marc Eric Rosenthal**
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602
312 962 3530
Not a member (fax)
mrosenthal@proskauer.com
  *Assigned: 01/21/2020*
**Butterball LLC**

**Christopher E Ondeck**
Proskauer Rose LLP
Suite 600S
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 525-0865
Pro Hac Vice (fax)
condeck@proskauer.com
  *Assigned: 01/21/2020*
  *PRO HAC VICE*
***Butterball LLC***

**Colin R. Kass**
Proskauer Rose Llp
1001 Pennsylvania Ave., N.w.
Washington, DC 20004
(202) 416-6890
Pro Hac Vice (fax)
ckass@proskauer.com
  *Assigned: 02/20/2020*
  *PRO HAC VICE*
***Butterball LLC***

**Erica Taylor Jones**
Proskauer Rose LLP
1001 Pennsylvania Ave N.W.
Suite 600 South
Washington, DC 20004-2533
(202) 416-6861
Pro Hac Vice (fax)
ejones@proskauer.com
  *Assigned: 08/12/2021*
  *PRO HAC VICE*
***Butterball LLC***

**Stephen R Chuk**
Proskauer Rose LLP
Suite 600S
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 416-6697
Pro Hac Vice (fax)

schuk@proskauer.com
*Assigned: 01/21/2020*
*PRO HAC VICE*
**Butterball LLC**

**Rucha A Desai**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3628
Pro Hac Vice (fax)
rdesai@proskauer.com
*Assigned: 01/21/2020*
*PRO HAC VICE*
**Butterball LLC**

**Mark W. Ryan**
Mayer Brown
1999 K Street N.W.
Washington, DC 20006-1101
(202) 263-3000
Pro Hac Vice (fax)
mryan@mayerbrown.com
*Assigned: 01/28/2020*
*TERMINATED: 12/18/2020*
*PRO HAC VICE*
**Cargill Meat Solutions Corporation**

**Britt Marie Miller**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Not a member (fax)
bmiller@mayerbrown.com
*Assigned: 01/10/2020*
*LEAD ATTORNEY*
**Cargill Meat Solutions Corporation**

**Davida McGhee**
Greene Espel PLLP
222 S. 9th Street, Suite 2200
Minneapolis, MN 55402
(612) 373-8374
Pro Hac Vice (fax)
dwilliams@greeneespel.com
  *Assigned: 07/30/2020*
  *PRO HAC VICE*
***Cargill Meat Solutions Corporation***

**Kathryn Nikolai Hibbard**
Greene Espel P.L.L.P.
200 South Sixth Street
Suite 1200
Minneapolis, MN 55402
(612) 373-8346
Pro Hac Vice (fax)
khibbard@greeneespel.com
  *Assigned: 01/15/2020*
  *TERMINATED: 02/17/2021*
  *PRO HAC VICE*
***Cargill Meat Solutions Corporation***

**Sybil Louise Dunlop**
Greene Espel PLLP
222 S. Ninth Street
Suite 2200
Minneapolis, MN 55402
(612) 373-8345
Pro Hac Vice (fax)
sdunlop@greeneespel.com
  *Assigned: 11/23/2020*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
***Cargill Meat Solutions Corporation***

**Robert Edward Entwisle**
Mayer Brown Llp
71 S Wacker
Chicago, IL 60606
(312) 782-0600

Not a member (fax)
rentwisle@mayerbrown.com
 *Assigned: 01/21/2020*
**Cargill Meat Solutions Corporation**

**Gregory Gene Wrobel**
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609-7500
Active (fax)
gwrobel@vedderprice.com
 *Assigned: 01/28/2020*
 *LEAD ATTORNEY*
**House of Raeford Farms, Inc.**

**Joshua A. Dunn**
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
212-407-7700
Not a member (fax)
jdunn@vedderprice.com
 *Assigned: 01/28/2020*
**House of Raeford Farms, Inc.**

**Kirstin Beth Ives**
Falkenberg Ives LLP
230 W Monroe Street
Suite 2220
Chicago, IL 60606
312-566-4803
Active (fax)
kbi@falkenbergives.com
 *Assigned: 01/10/2020*
**Perdue Foods LLC**

**Andrew Thomas Hernacki**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(914) 907-9643
Pro Hac Vice (fax)
ATHernacki@venable.com
 *Assigned: 01/13/2020*
 *PRO HAC VICE*
***Perdue Foods LLC***

**Lisa Jose Fales**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4349
Pro Hac Vice (fax)
ljfales@venable.com
 *Assigned: 01/13/2020*
 *PRO HAC VICE*
***Perdue Foods LLC***

**Paul Feinstein**
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001
(202) 344-4502
Pro Hac Vice (fax)
pfeinstein@venable.com
 *Assigned: 09/10/2020*
 *PRO HAC VICE*
***Perdue Foods LLC***

**Danielle R Foley**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4343
Pro Hac Vice (fax)
drfoley@venable.com

*Assigned: 01/13/2020*
*PRO HAC VICE*
**Perdue Foods LLC**

**Joanne L. Molinaro**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60654
312-832-4500
Active (fax)
jmolinaro@foley.com
*Assigned: 01/16/2020*
**Kraft Foods Group Brands LLC**

**James T. McKeown**
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
414-297-5530
Active (fax)
jmckeown@foley.com
*Assigned: 01/16/2020*
**Kraft Foods Group Brands LLC**

**Jeanne Marie Gills**
Foley & Lardner
321 North Clark Street
Suite 3000
Chicago, IL 60654
(312)832-4500
Active (fax)
jmgills@foley.com
*Assigned: 01/16/2020*
**Kraft Foods Group Brands LLC**

**Elizabeth Ann Nestor Haas**
Foley & Lardner Llp
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5083
Not a member (fax)

ehaas@foley.com
*Assigned: 04/14/2020*
**Kraft Foods Group Brands LLC**

**Carmine R. Zarlenga**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20009
(202) 263-3000
Active (fax)
czarlenga@mayerbrown.com
*Assigned: 01/07/2020*
*LEAD ATTORNEY*
**Foster Farms, LLC**

**William Stallings**
Mayer Brown LLP
1999 K St NW
Washington, DC 20006
(202) 263-3000
Pro Hac Vice (fax)
WStallings@mayerbrown.com
*Assigned: 01/07/2020*
*PRO HAC VICE*
**Foster Farms, LLC**

**Stephen M. Medlock**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
Pro Hac Vice (fax)
smedlock@mayerbrown.com
*Assigned: 01/07/2020*
*PRO HAC VICE*
**Foster Farms, LLC**

**Oral Pottinger**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3218

30

Pro Hac Vice (fax)
opottinger@mayerbrown.com
  *Assigned: 01/07/2020*
  *PRO HAC VICE*
**Foster Farms, LLC**

**Steven Ellis Serdikoff**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Not a member (fax)
seserdikoff@locklaw.com
  *Assigned: 06/23/2021*
  *LEAD ATTORNEY*
**Maplevale Farms, Inc.**

**Carmine R. Zarlenga**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20009
(202) 263-3000
Active (fax)
czarlenga@mayerbrown.com
  *Assigned: 01/07/2020*
  *LEAD ATTORNEY*
**Maplevale Farms, Inc.**

ROBERT A. VALADEZ

DECLARATION OF BREANN FIELD

STATE OF TEXAS                §
                             §
CITY OF SAN ANTONIO          §

Ms. Breann Field declares as follows:

1.  I am Vice President of Purchasing and Marketing for Labatt Food ("Labatt"). As Vice President of Purchasing and Marketing, I supervise all aspects of vendor relations and inventory management, including the work of 22 buyers who purchase for five warehouses.

2.  Labatt is a San Antonio, Texas based regional distributor of food and food related products. We sell primarily to chain and independent restaurants throughout Texas, Oklahoma, and New Mexico, and a small portion of Colorado.

3.  Labatt has multiple distribution centers spanning the state of Texas and deals with over 60 different manufacturers of turkey items and approximately well over 200,000 different unique turkey inventory items. I estimate that to effectively retrieve the requested information, dating back 16 years, would take approximately 1,200 personnel hours. This project would require potentially 6 personnel 5 or more weeks, full time, to accomplish; all while their current daily tasks are ceased.

4.  The information requested involves trade secrets and other confidential research, development, or commercial information and could potentially be produced to Labatt's direct competitors because the requests ask for sales information including who Labatt's vendors and customers are. This information, if produced, could be used by competitors to gain access to Labatt's vendors and/or customers.

I hereby request that my identity, my company's identity, and the contents of this document be kept confidential and be exempt from public disclosure as provided by applicable law.

Pursuant to 28 U.S.C. 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Breann Field

12/14/2021
Date

DEFENDANT'S
EXHIBIT
1

## ATTACHMENT A

1. All documents and data reflecting your analysis of competition in the procurement and sale of Turkey, including but not limited to:

      a) Assessments and analyses of available Turkey suppliers, whether you purchased from those suppliers or not;

      b) Assessments and analyses of Turkey resellers with which you compete, including but not limited to other wholesale distributors and mass merchandisers; and

      c) Assessments and analyses of your (actual or prospective) customers, including, if available, analyses by customer type, location within the United States, or any other dimension along which you segment customers.

2. For the period from January 1, 2005, to the present, please provide transactional data sufficient to show the following information related to your purchases of Turkey:

      a) purchase order number;

      b) date of purchase;

      c) internal product identification number;

      d) manufacturer product code (e.g., UPC, SKU, or other identifying code associated with the item);

      e) manufacturer name;

      f) manufacturer identification number;

      g) brand name (including private label brands);

      h) brand identification number (including private label brands);

      i) indicator of private label brands;

DEFENDANT'S
EXHIBIT
2
tabbies

j) product description;

k) all fields depicting the grade, cut, product form, and/or type of Turkey;

l) quantity purchased;

m) any data field related to product types or product categories;

n) quantity measure (e.g., live weight, carcass weight, retail weight, etc.);

o) product weight in pounds;

p) unit of measurement for quantity purchased;

q) unit converter (if applicable);

r) transaction type (e.g., purchase, return, exchange);

s) contract number under which the purchase was made (if applicable);

t) any field(s) depicting contract type or pricing mechanism (if applicable);

u) all pricing and fee information related to the purchase, including unit price, freight, tax, and similar charges (USD);

v) unit of measure for any price fields (e.g., dollar per carcass weight pound);

w) any purchase order-level chargebacks, discounts, rebates, credits, freight allowances, free goods and/or services;

x) gross purchase amount (USD);

y) net purchase amount (USD);

z) any data fields related to supplier type (e.g., processor, distributor, etc.);

aa) supplier identification/vendor number;

bb) supplier name and address;

cc) ship-to entity identification number;

dd)    ship-to entity name;

ee)    ship-to entity address;

ff)    bill-to entity identification number;

gg)    bill-to entity name;

hh)    bill-to entity address;

ii)    bill-to entity phone number; and

jj)    bill-to entity email address.

3.    For the period from January 1, 2005, to the present, please provide documents and data sufficient to show the following information related to your purchases of Turkey:

a)    Contracting methods, practices, policies, or strategies relating to Turkey, including but not limited to:

    i.    all RFPs or bid documents issued by any Turkey supplier;

    ii.    quotes, bids, bid announcements, or proposals issued by you to or relating to any Turkey supplier;

    iii.    communications relating to negotiations with suppliers related to price and non-price terms of contracts;

    iv.    all agreed upon price and non-price terms including delivery schedules, quotas, or required purchases; and

    v.    contracts consummated with suppliers including all amendments, appendices, or addendums to those contracts.

b)    Data relating to any off-invoice financial transactions between you and Turkey suppliers (for each item, indicate the date of the transaction, type of transaction, supplier, and USD amount); including but not limited to:

     i.      chargebacks, discounts, rebates, credits, freight allowances, free goods and/or services, cooperative marketing funds, advertising funds, promotional funds or allowances, slotting allowances; and

     ii.     any other marketing assistance, support, or other off-invoice financial incentives received.

4.     For the period from January 1, 2005, to the present, please provide transactional data sufficient to show the following information related to your sales of Turkey and prepared foods that include Turkey:

     a)     invoice number;

     b)     date of sale;

     c)     internal product identification number;

     d)     manufacturer product code (e.g., UPC, SKU, or other identifying code associated with the item);

     e)     manufacturer identification number;

     f)     manufacturer that supplied you the items sold, and the brand (including private label brands) under which the item was labeled by the manufacturer;

     g)     indicator of private label brands;

     h)     the grade, cut, product form, and/or type of Turkey;

     i)     product description;

     j)     any data field related to product types or product categories;

     k)     product weight in pounds;

     l)     quantity sold;

     m)     unit of measurement for quantity sold;

n)      quantity measure (e.g., live weight, carcass weight, retail weight, etc.);

o)      unit converter (if applicable);

p)      transaction type (e.g., sale, return, exchange);

q)      all pricing and fee information related to the sale, including unit price, freight, tax, or similar charges (USD);

r)      unit of measure for any price fields (e.g., dollar per carcass weight pound);

s)      any invoice-level chargebacks, discounts, rebates, credits, freight allowances, free goods and/or services;

t)      cost of goods sold ("COGS") (USD), including a definition/description of how you calculated COGS;

u)      cost of the meat in the Turkey product;

v)      cost of the entire Turkey product;

w)      any data fields for any other fixed or variable costs or costs associated with the Turkey sold (processing, labor, plant costs, other ingredients, etc.);

x)      gross sale amount (USD);

y)      net sale amount (USD);

z)      customer group or channel identification number;

aa)     customer group or channel name and description (e.g., university, prison, caterer);

bb)     distributor name and description;

cc)     customer identification number;

dd)     customer name;

ee)     customer address;

5

ff)     contract number under which the purchase was made (if applicable);

gg)     indicator of whether the sale price was negotiated by you, or if the customer negotiated it directly with the supplier;

hh)     any field(s) depicting contract type or pricing mechanism (if applicable);

ii)     margin added to sales in cost-plus model (if applicable);

jj)     ship-to entity identification number;

kk)     ship-to entity name;

ll)     ship-to entity address;

mm)     bill-to entity identification number;

nn)     bill-to entity name;

oo)     bill-to entity address;

pp)     bill-to entity phone number; and

qq)     bill-to entity email.

5.     For the period from January 1, 2005, to the present, please provide documents and data sufficient to show the following information related to your sales of Turkey and prepared foods that include Turkey:

a)     Contracting methods, practices, policies, or strategies relating to Turkey, including but not limited to:

i.     all RFPs or bid documents issued by any customers;

ii.     quotes, bids, bid announcements, or proposals issued by you to or relating to any customer;

iii.     communications relating to negotiations with customers related to price and non-price terms of contracts; and

            iv.     contracts consummated with customers.

    b)   Data relating to any off-invoice financial transactions between you and your customers (for each item, indicate the date of the transaction, type of transaction, supplier, and USD amount), including but not limited to:

            i.     chargebacks, discounts, rebates, credits, freight allowances, free goods and/or services, cooperative marketing funds, advertising funds, promotional funds or allowances, slotting allowances; and

            ii.    any other marketing assistance, support, or other off-invoice financial incentives paid.

6.    All documents and data reflecting your analysis of competition in the sale of prepared foods that include Turkey, including but not limited to:

    a)   Assessments and analyses of prepared foods sellers with which you compete, including but not limited to other wholesale distributors and mass merchandisers; and

    b)   Assessments and analyses of your (actual or prospective) customers, including if available, analyses by customer type, location within the United States, or any other dimension along which you segment customers.