# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: SUBPONEAS ISSUED TO LABATT FOOD SERVICE, LLC AND BLAIR LABATT | §§§§ | SA-21-MC-01242-XR |

## ORDER RE-SETTING HEARING ON MOTION

On this day the Court considered the Amended Motion to Quash the Subpoena Issued to Labatt Food Service, LLC and Blair Labatt (ECF No. 2).

Respondents shall file any response to the motion **no later than March 14, 2022**.

Movant shall file any reply in support of its motion **no later than March 21, 2022.**

This motion is set for hearing on **Wednesday, March 30, 2022** at **9:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

SIGNED this 14th day of February, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE